154 A.3d 681

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ARMANDO C. PEREZ, DEFENDANT-PETITIONER.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000321-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 681

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ANTHONY KING, DEFENDANT-PETITIONER.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000292-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.